Decided April 17, 1997

## STATE OF CONNECTICUT *v.* MARCIAL TORRES

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 920 (AC 15624), is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Michele C. Lukban,* deputy assistant state's attorney, in opposition.

Decided April 17, 1997

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 280 (AC 14771), is granted, limited to the following issues: